UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAMPAOLO BOSCHETTI,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>SARA TAM LOPEZ OGILVIE, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04610-JCS<br><br>**ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION** |

　　　　On October 4, 2013, Defendants Sara Tam Lopez Ogilvie and Peter David Ogilvie ("Defendants") removed the underlying action from the Superior Court of California, County of San Francisco to the United States District Court, Northern District of California.

　　　　IT IS HEREBY ORDERED that Defendants appear on November 1, 2013 at 9:30 a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Francisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of San Francisco for lack of federal jurisdiction. Any memorandum in support or opposition shall be filed by October 25, 2013.

　　　　IT IS SO ORDERED.

Dated: October 9, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge